UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80967-CIV-ZLOCH

TIMOTHY WILLIAMS,

    Plaintiff,

vs.                                  **FINAL ORDER OF DISMISSAL**

BRIDGESTONE/FIRESTONE, INC.,
et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    This Court previously entered an Order (DE 4) in which it granted Plaintiff Timothy Williams' Motion For Thirty Day Extension To Serve Defendants With Complaint And Summons (DE 3). In said Motion, Plaintiff stated that this "would be last (sic) motion for an extension of time to serve the Defendants with the summons and complaint in this cause." DE 3, ¶ 6. The Court's Order (DE 4) ordered Plaintiff to effect service of process on or before noon on March 14, 2008.

    On March 14, 2008, Plaintiff filed a Second Motion For Ten Day Extension Of Time To Serve Defendants With Complaint And Summons (DE 5). The Court granted said Motion and ordered Plaintiff to effect service of process and file a Return Of Service with the Clerk of this Court reflecting the same on or before noon on

Thursday, March 27, 2008.  See DE 6.  The Court further advised that it would not grant any further extension of time within which to effect service of process.  Rather, the Court stated it would dismiss the above-styled cause, without prejudice, for failure to comply with its Order.  As of the date of this Order, Plaintiff has failed to file a Return Of Service, or otherwise indicate its compliance with this Court's prior Order (DE 6).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled cause be and the same is hereby **DISMISSED**, without prejudice pursuant to Federal Rule of Civil Procedure 4(m); and

2.  To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   28th    day of March, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Harry E. Geissinger, III, Esq.
For Plaintiff