UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80967-CIV-ZLOCH

TIMOTHY WILLIAMS,

        Plaintiff,

vs.                                         **O R D E R**

BRIDGESTONE/FIRESTONE, INC.,
et al.,

        Defendants.
_____/

        THIS MATTER is before the Court upon Defendant' Motion For
Dismissal Without Prejudice As A Sanction For Plaintiff's Failure To
Comply With The Court's Prior Order (DE 42).  The Court has carefully
reviewed said Motion and the entire court file and is otherwise fully
advised in the premises.

        By prior Order (DE 41), the Court denied Plaintiff's Motion For
Fifteen Day Extension Of Time To Respond To Defendant's Request For
Production And Answers To Interrogatories And File Objections (DE 39).
Plaintiff's Motion was filed over sixty (60) days after Defendants
propounded the discovery requests on Plaintiff.  Therefore, the Court
determined that an extension of time was inappropriate and Plaintiff's
objections had been waived pursuant to Federal Rules of Civil
Procedure 33(b)(2) and 34(b)(2)(A).  Further, the Court ordered
Plaintiff to fully comply with Defendants' discovery requests by noon
on Wednesday, August 27, 2008.  Two weeks after the court-imposed
deadline, Plaintiff has still failed to comply with Defendants'

discovery requests.   Therefore,  the  Court  will  fashion  a  remedy appropriate for Plaintiff's conduct.

At  this  point  in  the  litigation,  the  Court  is  not  inclined  to dismiss  the  case  "without  prejudice,"  knowing  that  statute  of limitations  on  Plaintiff's  claim  has  run  and  such  a  dismissal  would in  effect  be  with  prejudice.   The  Court  finds  that  a  sanction  of attorney's  fees  assessed  against  Plaintiff's  counsel  is  appropriate to  remedy  the  prejudice  to  Defendants,  and  the  Court  will  consider  a more  severe  sanction  if  Plaintiff  fails  to  comply  with  this  Order.

Accordingly,  after  due  consideration,  it  is

**ORDERED AND ADJUDGED** that Defendant' Motion For Dismissal Without Prejudice As A Sanction For Plaintiff's Failure To Comply With The Court's  Prior  Order  (DE  42)  be  and  the  same  is  hereby  **GRANTED**  as follows:

1. By <u>noon</u> on <u>Monday, September 29, 2008</u>, Plaintiff shall provide Defendants  with  full  and  complete  responses  to  Interrogatories  and Requests  For  Production  that  were  propounded  on  June  21,  2008;

2. By <u>noon</u> on <u>Friday, October 3, 2008</u>, Defendants shall file a notice  with  the  Court  indicating  whether  Plaintiff  has  complied  with this Order;

3. Pursuant to Federal Rule of Civil Procedure 37, on or before <u>noon</u> on <u>Monday, September 22, 2008</u>, Defendants shall file a Memorandum with  all  necessary  Affidavits  and  Exhibits  as  dictated  by  Local  Rule of  the  Southern  District  of  Florida  7.3.B,  establishing  for  the  Court

the attorney's fees and costs incurred in the preparation and execution of the instant Motion (DE 42); and

4. Upon failure of Plaintiff to comply with the terms and conditions of this Order, the Court will entertain the appropriate Motion For Sanctions, including, but not limited to, dismissal of this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____15th____ day of September, 2008.


_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record